MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C. 20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Andrew R. WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency,[1]<br>　　　　　Defendant. | Civil Case No. 4:20-cv8530-YGR<br><br>**APPEARANCE OF COUNSEL FOR DEFENDANT:** |

　　　　Please file this Appearance of Martin F. McDermott as counsel for Defendant in this matter. Respectfully submitted,

Date: February 10, 2021

　　　　　　　　　　　　　　　　　　/s *Martin F. McDermott*
　　　　　　　　　　　　　　　　　　MARTIN F. McDERMOTT
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　Environmental Defense Section

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Andrew R. Wheeler's successor, Jane Nishida, in her official capacity as Acting Administrator of the United States Environmental Protection Agency is automatically substituted as the Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2021, a true and correct copy of the foregoing Appearance was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Martin F. McDermott*
Martin F. McDermott
United States Department of Justice